DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
Telephone: 702.868.2600
Facsimile:  702.385.6862
E-Mail:   dcanderson@duanemorris.com
              tehafen@duanemorris.com

Attorneys for Defendant
*U.S. BANK N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mariano Garcera,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc.;<br>Equifax Information Services, LLC;<br>Capital One Bank, N.A.; First Premier<br>Bank; U.S. Bank, N.A.; and Opportunity<br>Financial,<br><br>　　　　　　　Defendants. | Case No.: 2:23-cv-01450-APG-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR U.S. BANK N.A., TO RESPOND TO COMPLAINT** |

　　　　Plaintiff Mariano Garcera, by and through her counsel, FREEDOM LAW FIRM, LLC, and Defendant U.S. Bank N.A. ("***U.S. Bank***"), by and through its counsel, DUANE MORRIS LLP, hereby stipulate to extend the time for U.S. Bank to respond to Plaintiff's Complaint, which response is currently due October 10, 2023, up to and including **November 27, 2023**.

　　　　This extension will allow U.S. Bank's counsel, who were recently retained in this matter, to analyze the claims made and obtain and review any relevant documents.  This is the first request for

///

///

///

///

an extension to U.S. Bank's deadline to respond to the complaint, and is made in good faith and not for the purpose of delay.

DATED this 6th day of October, 2023.

| **FREEDOM LAW FIRM, LLC** | **DUANE MORRIS LLP** |
|---|---|
| By: /s/ *Gerardo Avalos* <br> George Haines (SBN 9411) <br> Gerardo Avalos (SBN 15171) | By: /s/ *Tyson E. Hafen* <br> Dominica C. Anderson (SBN 2988) <br> Tyson E. Hafen (SBN 13139) <br> Attorneys for Defendant *U.S. Bank N.A.* |
| Attorneys for Plaintiff | |

**IT IS SO ORDERED** this  10  day of October, 2023.

_____
US District Court Magistrate Judge