DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS** LLP
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
Telephone: 702.868.2600
Facsimile:  702.385.6862
E-Mail:  dcanderson@duanemorris.com
         tehafen@duanemorris.com

Attorneys for Defendant
*U.S. BANK N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mariano Garcera,<br><br>            Plaintiff,<br><br>      v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC; Capital One Bank, N.A.; First Premier Bank; U.S. Bank, N.A.; and Opportunity Financial,<br><br>            Defendants. | Case No.: 2:23-cv-01450-APG-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR U.S. BANK N.A., TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Mariano Garcera, by and through her counsel, FREEDOM LAW FIRM, LLC, and Defendant U.S. Bank N.A. ("***U.S. Bank***"), by and through its counsel, DUANE MORRIS LLP, hereby stipulate to extend the time for U.S. Bank to respond to Plaintiff's Complaint, which response is currently due November 27, 2023, up to and including **January 5, 2024**.

This extension will allow time for the parties to evaluate the facts, claims, and defenses and determine whether an early resolution is possible.  This request is made in good faith and not for the purpose of delay.

///

DATED this 22nd day of November, 2023.

| FREEDOM LAW FIRM, LLC | DUANE MORRIS LLP |
|---|---|
| By: /s/ Gerardo Avalos<br>George Haines (SBN 9411)<br>Gerardo Avalos (SBN 15171) | By: /s/ Tyson E. Hafen<br>Dominica C. Anderson (SBN 2988)<br>Tyson E. Hafen (SBN 13139) |
| Attorneys for Plaintiff | Attorneys for Defendant *U.S. Bank N.A.* |

**IT IS SO ORDERED** this  28  day of November, 2023.

_____
US District Court Magistrate Judge