George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Mariano Garcera*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mariano Garcera,<br><br>    Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC; Capital One Bank, N.A.; First Premier Bank; U.S. Bank, N.A. and Opportunity Financial, LLC,<br><br>    Defendants. | Case No.: 2:23-cv-01450-APG-BNW<br><br>**Stipulation for dismissal of Equifax Information Services, LLC with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mariano Garcera and Equifax Information Services, LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services, LLC with prejudice.

///

///

///

///

_____

STIPULATION                                  - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 3, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Mariano Garcera*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:   June 4, 2024

STIPULATION - 2 -